**TROUTMAN SANDERS LLP**
Jessica R. Lohr (Cal. Bar No. 302348)
jessica.lohr@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone:  858-509-6000
Facsimile:   858-509-6040

John C. Lynch (*admitted pro hac vice*)
john.lynch@troutman.com
Virginia Bell Flynn (*admitted pro hac vice*)
virginia.flynn@troutman.com
222 Central Park Avenue, Suite 2000
Virginia, Beach, VA 23462
Telephone:  757-687-7765
Facsimile:   757-687-7510

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Richard Quinones,<br><br>         Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>         Defendant. | Case No. 2:17-CV-03526-DDP-FFM<br><br>**DEFENDANT'S MOTION IN LIMINE TO PRECLUDE REFERENCES TO OTHER OCWEN PROCEEDINGS**<br><br>Pretrial Conf.:  October 22, 2018<br>Hearing Date:   October 22, 2018<br>Hearing Time:   11:00 a.m.<br><br>Judge:  Dean D. Pregerson<br>Dept:   9C<br><br>Trial Date:  October 31, 2018 |

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

DEFENDANT'S MIL RE OTHER
OCWEN PROCEEDINGS
CASE NO: 2:17-CV-03526-DDP-FFM

Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by counsel, respectfully moves the Court in limine for entry of an Order prohibiting any mention of or reference to, by any party herein, in opening statements, in the questioning of witnesses and expert witnesses, in documentary evidence and exhibits, in closing arguments or in any other manner before the jury, evidence regarding references to Other Ocwen Proceedings.

## I. ARGUMENT

### A. Legal Authority

This case relates solely to the telephone calls that Ocwen made to Plaintiff in connection with Ocwen's servicing of her mortgage loan. It does not involve any other customer Ocwen, nor does it involve any allegations or claims asserted in any other proceeding involving Ocwen. Therefore, the Court should exclude from trial any reference to any dealings between Ocwen and any other customer, as well as any reference to any other cases or regulatory proceedings involving Ocwen, including the *Snyder* class action (*Snyder v. Ocwen Loan Servicing, LLC*, No. 1:14-cv-8461 (N.D. Ill. Oct. 27, 2014)), or any of the other individual lawsuits that Plaintiff's counsel has filed on behalf of other Ocwen customers.

Allowing Plaintiff to offer evidence or references relating to other customers or proceedings would convert this trial from a proceeding to determine whether Plaintiff can prove her claims against Ocwen into an impermissible inquiry into whether Plaintiff can show that Ocwen is acted improperly in another, unrelated matter, or that Ocwen generally a bad actor, which would greatly prejudice Ocwen. Therefore, any mention of other customers or proceedings should be excluded under Fed. R. Evid. 401, 403, and 404.

### B. Terms of Order Sought

Ocwen will move the Court to preclude any mention of or reference to, by any party herein, in opening statements, in the questioning of witnesses and expert witnesses, in documentary evidence and exhibits, in closing arguments or in any

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 2 -

DEFENDANT'S MIL RE OTHER
OCWEN PROCEEDINGS
CASE NO: 2:17-CV-03526-DDP-FFM

other manner before the jury, any other customers of Ocwen, as well as cases, claims, actions, regulatory proceedings, or investigations involving Ocwen or any of its affiliates.

## II. CONCLUSION

Given the foregoing, any mention of or reference to, by any party herein, in opening statements, in the questioning of witnesses and expert witnesses, in documentary evidence and exhibits, in closing arguments or in any other manner before the jury, any other customers of Ocwen, as well as cases, claims, actions, regulatory proceedings, or investigations involving Ocwen or any of its affiliates.

Dated: October 1, 2018            **TROUTMAN SANDERS LLP**

By: /s/ *John C. Lynch*
John C. Lynch
Jessica R. Lohr
Virginia B. Flynn

*Attorneys for Defendant*

- 3 -

DEFENDANT'S MIL RE OTHER OCWEN PROCEEDINGS
CASE NO: 2:17-CV-03526-DDP-FFM

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 1, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

*/s/ John C. Lynch*
John C. Lynch

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

36231323

- 4 -

DEFENDANT'S MIL RE OTHER
OCWEN PROCEEDINGS
CASE NO: 2:17-CV-03526-DDP-FFM