**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Emily C. Beecham, Esq. (SBN: 315462)
emily@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (SBN: 253265)
david@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Richard Quinones

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD QUINONES,<br><br>       Plaintiff,<br><br>       v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>       Defendant. | Case No.: 2:17-cv-03526-DDP-FFM<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE REFERENCES TO OTHER OCWEN PROCEEDINGS**<br><br>Hon. Dean D. Pregerson<br><br><u>Motion Hearing & Pretrial Conference:</u><br>Date: October 22, 2018<br>Time: 11:00 A.M.<br><br><u>Trial:</u><br>Date: October 31, 2018<br>Time: 9:00 A.M. |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Plaintiff, RICHARD QUINONES ("Plaintiff"), respectfully submits this Opposition to Defendant, OCWEN LOAN SERVICING, LLC'S ("Defendant"), Motion in Limine to Preclude References to Other Ocwen Proceedings ("Defendant's Motion") at the time of trial.

## I.    ARGUMENT

Evidence of prior litigation or claims involving Defendant is relevant and probative because the TCPA expressly provides for increased damages if the finder of fact determines that Defendant acted willfully or knowingly. Specifically, the Court may triple the amount of damages for a willful or knowing violation. 47 U.S.C. § 227(b)(3)(C). Thus, evidence of other proceedings demonstrating that Defendant regularly or routinely engages in the same abusive calling practices alleged, here, may support an award of treble damages. *See Barnes v. Conn Appliances, Inc.*, 2018 U.S. Dist. LEXIS 146470, *9 (S.D. Miss. Aug. 28, 2018) ("evidence of prior litigation or claims may be relevant to the issue whether defendant acted willfully or knowingly" under the TCPA); *Lardner v. Diversified Consultants, Inc.*, 2014 U.S. Dist. LEXIS 68572, *2-3 (S.D. Fl. May 8, 2014) ("If there is prior litigation finding that Defendant violated the TCPA using the same practices as it did in the present action, then this evidence would support a finding that Defendant knew it was violating the TCPA.").

Defendant's improper attempt to sanitize testimony and limit the evidence Plaintiff may present at trial to fully establish his damages should be denied.

## II.    CONCLUSION

Plaintiff should not be precluded from offering evidence of other proceedings involving Defendant because such evidence is relevant and probative as to whether Defendant acted willfully in the present matter. Thus, Plaintiff respectfully requests that this honorable Court deny Defendant's Motion in its entirety.

Respectfully Submitted,

Dated:  October 8, 2018          **KAZEROUNI LAW GROUP, APC**

By:      */s Abbas Kazerounian*
         Abbas Kazerounian, Esq.
         *Attorney for Plaintiff,*
         Richard Quinones

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626