JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RICHARD QUINONES,

        Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

        Defendant.

Case No.: 2:17-cv-03526-DDP-FFM

**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE**

    IT IS HEREBY ORDERED, pursuant to the Stipulation of Plaintiff Richard Quinones and Defendant Ocwen Loan Servicing, LLC (collectively "the Parties"), that:

1. The above-captioned action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The Parties are to bear their own fees and costs.

3. Accordingly, the following pending matters docket numbers 73, 74, 90, 91, 92, 93, 94, 95, and 96 are DENIED as moot. All scheduled dates and

deadlines are VACATED.

**IT IS SO ORDERED.**

Dated:  October 23, 2018

_____
Hon. Dean D. Pregerson
United States District Judge